LEB/USAO#2010R00314

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 0 3 2011

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. JKB-11-0254 |
| | * |
| LARRY BERNHARD, | * [Health Care Fraud, 18 U.S.C. § 1347; |
| | * Aggravated Identity Theft, 18 U.S.C. |
| Defendant | * § 1028A(a)(1)] |
| | * |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Beginning at least on or about February 25, 2010, and continuing through July 5, 2010, in the District of Maryland, the defendant,

**LARRY BERNHARD,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud any health care benefit program, and to obtain, by means of false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of any health care benefit program, in connection with the delivery and payment for health care benefits, items and services; to wit, by claiming reimbursement from Bravo Health, a health care benefit program, for providing the following health care services to nursing home resident "M.C.," when the defendant did not provide the services to "M.C."

| Date of Service | Diagnosis | Service Claimed |
|---|---|---|
| February 25, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| March 4, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |

1

| | | |
|---|---|---|
| March 11, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| March 25, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| April 1, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| April 8, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| April 15, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| April 22, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| April 29, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| May 6, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| May 13, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| May 26, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| May 26, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| June 3, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| June 10, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| June 14, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| June 21, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |
| July 5, 2010 | 707.15 (ulcer other part of foot) | debridement of skin |

18 U.S.C. § 1347

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about July 5, 2010, in the District of Maryland, the defendant,

## LARRY BERNHARD,

did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly possess and use, without lawful authority, a means of identification of another specific individual, to wit, the defendant used the actual name, and insurance identification number of "M.C." during and in relation to health care fraud under 18 U.S.C. §1347, as set forth in Count One of this Information.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

Date: May 3, 2011